UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:15-cv-01670-APG-GWF<br><br>**ORDER OF RECUSAL** |

　　　The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).

　　　Based on the foregoing and good cause appearing therefor,

　　　**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

　　　DATED this 25th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　　／s／ George Foley, Jr.
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE