**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| CHARON L. BROWN, | Case No. 2:15-cv-01670-APG-NJK |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS** |
| CLARK COUNTY DETENTION CENTER, *et al.*, | (ECF No. 12) |
| Defendants. | |

Defendant NaphCare, Inc. filed a motion to dismiss. (ECF No. 12.) Plaintiff Charon Brown did not respond. He therefore consents to the motion being granted. *See* Local Rule 7-2(d).

IT IS THEREFORE ORDERED that defendant Naphcare, Inc.'s motion to dismiss **(ECF No. 12) is GRANTED**.

DATED this 1st day of June, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE