ROBERT A. RABBAT, ESQ.
Nevada Bar No.: 12633
Email: rrabbat@enensteinlaw.com
BURAK S. AHMED, ESQ.
Nevada Bar No.: 12547
Email: bahmed@enensteinlaw.com
**ENENSTEIN RIBAKOFF LaVIÑA & PHAM**
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228

Attorneys for Defendants Darren Mecham, Kevin Kegley, Michael Sands, and Bonnie Polley

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN,<br><br>         Plaintiff,<br>   v.<br><br>CLARK COUNTY DETENTION CENTER et al.,<br><br>         Defendants. | Case No.: 2:15-cv-01670-APG-NJK<br><br>**STIPULATION TO DISMISS DEFENDANT BONNIE POLLEY WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)**<br><br>**ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Charon L. Brown, in pro per, and Defendants Darren Mecham, Kevin Kegley, Michael Sands, and Bonnie Polley (collectively, "Defendants"), by and through their counsel, the law firm Enenstein

///
///
///
///
///
///
///

1

STIPULATION TO DISMISS DEFENDANT BONNIE POLLEY WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)

Ribakoff LaViña & Pham, that Bonnie Polley be and hereby is DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P. 41(a)(1), with each party to bear their own attorney's fees and costs.

DATED this 21st day of July, 2016.

_____
CHARON L. BROWN, in pro per

DATED this 19th day of July, 2016.

**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**

/s/ Robert A. Rabbat
ROBERT A. RABBAT, ESQ.
Nevada Bar No.: 12633
Email: rrabbat@enensteinlaw.com
BURAK S. AHMED, ESQ.
Nevada Bar No.: 12547
Email: bahmed@enensteinlaw.com
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228

**IT IS SO ORDERED.**

Dated: July 28, 2016.

_____
UNITED STATES DISTRICT JUDGE