UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARON L. BROWN, | ) | |
| | ) | Case No. 2:15-cv-01670-APG-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CLARK COUNTY DETENTION CENTER, et al., | ) | (Docket No. 29) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's motion for appointment of counsel. Docket No. 29. Plaintiff's reply brief indicates that he is unable to review audio recordings he has obtained in discovery and will be unable to review video surveillance footage that he is still seeking in discovery. Docket No. 41 at 3. The Court hereby **ORDERS** Defendants to file a surreply responding to these contentions. That surreply shall be filed by September 13, 2016, and shall be limited to responding to the two contentions identified above.

IT IS SO ORDERED.

DATED: September 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge