UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN, | Case No. 2:15-cv-01670-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| CLARK COUNTY DETENTION CENTER, et al., | (Docket No. 29) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for appointment of counsel. Docket No. 29. One aspect of that motion centers on Plaintiff's ability to review audio and video obtained through discovery, and Defendants have recently indicated that they are "prepared to make reasonable accommodations, if any are necessary, to ensure that the files are disclosed in an accessible format." Docket No. 50 at 3. It appears the meet-and-confer process has begun on that front, *see id.*, and the Court orders the parties to further explore the steps necessary to ensure Plaintiff has access to any audio or video he obtains in discovery. To that end, the parties shall file a joint status report by no later than October 12, 2016. This joint status report shall be limited to the issue of whether Plaintiff has obtained the ability to review audio and video obtained in discovery. In the interim, the Court **DEFERS** ruling on the motion for appointment of counsel.

IT IS SO ORDERED.

DATED: September 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge