**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARON L. BROWN, | Case No. 2:15-cv-01670-APG-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 52) |
| CLARK COUNTY DETENTION CENTER, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion seeking various relief, Docket No. 52, which is **GRANTED** in part and **DENIED** in part. Plaintiff asserts that he did not receive copies of the Court orders at Docket Nos. 47 and 48. The Court **INSTRUCTS** the Clerk's Office to mail further copies of Docket Nos. 47 and 48 to Plaintiff.

In all other respects, including the request to stay and that Defendants lodge discovery with the Court, the motion is **DENIED**.

IT IS SO ORDERED.

DATED: September 26, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge