UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN,  ) | Case No. 2:15-cv-01670-APG-NJK |
| Plaintiff(s),  ) | ORDER |
| vs.  ) | (Docket No. 55) |
| CLARK COUNTY DETENTION CENTER, et al.,  ) | |
| Defendant(s).  ) | |

Pending before the Court is Plaintiff's motion for copies of four documents on the docket. Docket No. 55. First, Plaintiff seeks a copy of his response to the motion for summary judgment filed at Docket No. 49. That aspect of the motion is **DENIED**. A *pro se* party who wishes to receive a file-stamped copy of any filing must submit an additional copy of that filing that will be mailed back to him. *See* Local Rule 10-1. It is not clear from the pending motion that this procedure was followed.

Second, Plaintiff seeks a copy of Defendants' surreply to his motion for appointment of counsel at Docket No. 50. Defendants have represented that the surreply was served on Plaintiff by mail. *See* Docket No. 50 at 7. In the interest of justice, the Court **GRANTS** this aspect of the motion and **ORDERS** Defendants to serve the surreply at Docket No. 50 on Plaintiff again within seven days of the issuance of this order.

Third, Plaintiff seeks a copy of the order at Docket No. 51. According to the notice of electronic filing, this order as served on Plaintiff by mail. In the interest of justice, the Court **GRANTS** this aspect of the motion and **INSTRUCTS** the Clerk's Office to serve the order at Docket No. 51 on Plaintiff again.

Fourth, Plaintiff seeks a copy of Defendants' reply to their motion for summary judgment at Docket No. 53. Defendants have represented that the reply was served on Plaintiff by mail. *See* Docket No. 53 at 5. In the interest of justice, the Court **GRANTS** this aspect of the motion and **ORDERS** Defendants to serve the reply at Docket No. 53 on Plaintiff again within seven days of the issuance of this order.

For the reasons discussed above, the pending motion for copies is **GRANTED** in part and **DENIED** in part. The request for a copy of Docket No. 49 is **DENIED**; the request for a copy of Docket No. 50 is **GRANTED** and Defendants shall re-serve that document; the request for a copy of Docket No. 51 is **GRANTED** and the Clerk's Office is **INSTRUCTED** to re-serve that document; and the request for a copy of Docket No. 53 is **GRANTED** and Defendants shall re-serve that document.

IT IS SO ORDERED.

DATED: October 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge