# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN, | Case No. 2:15-cv-01670-APG-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| CLARK COUNTY DETENTION CENTER, et al., | |
| Defendant(s). | |

A status report has been filed indicating that a declaration was attached, Docket No. 58, but no such declaration was filed. Defendants shall file that declaration no later than October 14, 2016.

IT IS SO ORDERED.

DATED: October 13, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge