**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHARON L. BROWN,                                )
                                                                   )     Case No. 2:15-cv-01670-APG-NJK
                          Plaintiff(s),              )
                                                                   )
vs.                                                           )     ORDER
                                                                   )
CLARK COUNTY DETENTION CENTER, et al.,   )     (Docket No. 63)
                                                                   )
                                                                   )
                          Defendant(s).          )
_____)

      Pending before the Court is Plaintiff's motion for a ruling on his motion for appointment of counsel. Docket No. 63.  Plaintiff is a *pro se* prisoner, and it appears his request was mailed before he received the Court's order denying his motion for appointment of counsel.  *See* Docket No. 62.  Because the Court has now already ruled on the underlying motion, the motion for a ruling is **DENIED** as moot.

      IT IS SO ORDERED.

      DATED: October 25, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge