# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARON L. BROWN,

               Plaintiff(s),

vs.

CLARK COUNTY DETENTION CENTER, et al.,

               Defendant(s).

Case No. 2:15-cv-01670-APG-NJK

ORDER

      Pending before the Court are Plaintiff's motions for extension and for reconsideration. Docket Nos. 68, 69. Defendants shall file responses no later than November 10, 2016.

      IT IS SO ORDERED.

      DATED: November 4, 2016

                                      NANCY J. KOPPE
                                      United States Magistrate Judge