UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN, | Case No. 2:15-cv-01670-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| CLARK COUNTY DETENTION CENTER, et al., | (Docket No. 68) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend discovery. Docket No. 68. Defendants filed a response in opposition. Docket No. 71. The Court construes liberally the filings of *pro se* inmates bringing civil rights claims. *See, e.g.*, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013). Plaintiff seeks an extension because, *inter alia*, he had limited access to legal files while he was in the "fish tank" and he has recently been transferred to High Desert State Prison, which has created some logistical complications. *See* Docket No. 68 at 2. The Court finds sufficient good cause for an extension and **GRANTS** the motion. Accordingly, the Court **EXTENDS** the following deadlines:

- Discovery cutoff: December 14, 2016
- Discovery motions: December 28, 2016
- Dispositive motions: January 13, 2017

**THE COURT IS NOT INCLINED TO GRANT ANY FURTHER EXTENSIONS, SO THE PARTIES MUST PROMPTLY MOVE THEIR CASE FORWARD TO ENSURE THE ABOVE DEADLINES CAN BE MET.**

1  Lastly, the Court **INSTRUCTS** the Clerk's Office to mail Plaintiff copies of orders and minute
2  orders issued between October 17, 2016 and November 2, 2016 (Docket Nos. 64, 66, 67).
3  IT IS SO ORDERED.
4  DATED: November 14, 2016

   _____
   NANCY J. KOPPE
   United States Magistrate Judge