UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN, | Case No. 2:15-cv-01670-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| CLARK COUNTY DETENTION CENTER, et al., | (Docket No. 69) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to reconsider the denial of his motion for appointment of counsel. Docket No. 69. Defendants filed a response in opposition. Docket No. 72. The Court construes liberally the filings of *pro se* inmates bringing civil rights claims. *See, e.g.*, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013). Motions for reconsideration of interlocutory orders are properly filed when (1) there is newly discovered evidence that was not available when the original motion or response was filed, (2) the Court committed clear error or its initial decision was manifestly unjust, or (3) there has been an intervening change in controlling law. Local Rule 59-1. The Court finds none of these circumstances exists here, and the motion for reconsideration is therefore **DENIED**.

IT IS SO ORDERED.

DATED: November 14, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge