1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10  CHARON L. BROWN,                                                )
                                                                                        )          Case No. 2:15-cv-01670-APG-NJK
11                                      Plaintiff(s),              )
                                                                                        )
12  vs.                                                                           )          ORDER
                                                                                        )
13  CLARK COUNTY DETENTION CENTER, et al.,  )          (Docket No. 87)
                                                                                        )
14                                                                                )
                                      Defendant(s).              )
15  _____)

16          Pending before the Court is Plaintiff's motion for spoliation sanctions. Docket No. 87. On January

17  5, 2017, the Court referred this case to the *pro bono* pilot program and that process is still ongoing. *See*

18  Docket No. 83. It is possible that a newly retained attorney may wish to amend the motion for sanctions

19  or pursue another legal approach generally. As a result, the Court will hold the pending motion for

20  spoliation sanctions in **ABEYANCE**. In the event that the motion remains pending (*i.e.*, it is not

21  withdrawn or amended by a new appearing counsel), the response to the motion shall be filed by April 12,

22  2017. In the event *pro bono* counsel appears and does not withdraw or amend the motion, counsel shall

23  file a joint stipulation as to a briefing schedule within 21 days of the appearance by *pro bono* counsel.

24          IT IS SO ORDERED.

25          DATED: February 7, 2017

26                                                                      _____

27                                                                      NANCY J. KOPPE
                                                                            United States Magistrate Judge

28