1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARON L. BROWN, | ) | Case No. 2:15-cv-01670-APG-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| CLARK COUNTY DETENTION CENTER, et al., | ) | |
| Defendant(s). | ) | |

It appears that Plaintiff has changed addresses, but has not updated his address with the Court. *See* Docket No. 90. Plaintiff is hereby **ORDERED** to update his address by March 29, 2017. *See* Local Special Rule 2-2. Failure to comply may result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: March 15, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge