UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN, | Case No. 2:15-cv-01670-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| CLARK COUNTY DETENTION CENTER, et al., | (Docket No. 87) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for spoliation sanctions, filed while he was appearing *pro se*. Docket No. 87. The Court previously held that motion in abeyance in light of the on-going process to obtain counsel for Plaintiff through the *pro bono* pilot program. Docket No. 88. Counsel has now appeared. Docket No. 93. The Court finds it in the interest of justice to therefore **DENY** the motion for sanctions without prejudice. *Cf.* Docket No. 83 (finding counsel should be obtained so that Plaintiff can better present arguments to the Court). The Court reminds Plaintiff's newly-appearing counsel that the deadline to file discovery motions (including the motion for discovery sanctions) is April 26, 2017. *See id.* at 2-3.

IT IS SO ORDERED.

DATED: March 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge