# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN, ) | |
| ) | Case No. 2:15-cv-01670-APG-NJK |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CLARK COUNTY DETENTION CENTER, et al., ) | (Docket No. 105) |
| ) | |
| Defendant(s). ) | |

On May 4, 2017, Plaintiff filed a notice of subpoena. Docket No. 105. Discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the document filed at Docket No. 105 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

DATED: May 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge