Malani Dale Kotchka-Alanes
Nevada Bar No. 13168
E-Mail: mkotchkaalanes@lrrc.com
**Lewis Roca Rothgerber Christie LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel: (702) 949-8258
Fax: (702) 949-8398

*Attorney for Plaintiff Charon L. Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARON L. BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER MECHAM, et al.,<br><br>Defendants. | CASE NO.: 2:15-CV-01670-APG-NJK<br><br>**STIPULATION TO EXTEND RULE 60 MOTION DEADLINE (FIRST REQUEST)** |

Former Defendant NaphCare, Inc., and Plaintiff Charon Brown stipulate as follows:

1. Whereas the Court granted NaphCare, Inc.'s original motion to dismiss on June 1, 2016 (ECF No. 22 (Order Granting ECF No. 12));

2. Whereas Malani Dale Kotchka-Alanes was appointed as pro bono counsel for Plaintiff Charon Brown on March 28, 2017;

3. Whereas Plaintiff issued a subpoena for NaphCare, Inc. to testify at a deposition scheduled for May 30, 2017;

4. Whereas Plaintiff and NaphCare, Inc. have agreed to reschedule the deposition to accommodate the parties' and counsels' schedules;

////
////
////
////

5. Therefore, the parties agree to extend the Rule 60 motion deadline to July 13, 2017.

Dated this 31st day of May, 2017.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Malani Dale Kotchka-Alanes*
  MALANI DALE KOTCHKA-ALANES
  Nevada Bar No. 13168
  3993 Howard Hughes Pkwy., Suite 600
  Las Vegas, NV 89169-5996

  *Attorney for Plaintiff Charon L. Brown*

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

By: */s/ Michael T. McLoughlin*
  MICHAEL T. MCLOUGHLIN
  Nevada Bar No. 012820
  SHIRLEY BLAZICH
  Nevada Bar No. 008378
  7401 W. Charleston Blvd.
  Las Vegas, NV 891117

  *Attorney for Defendant NaphCare, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 1, 2017

2