Malani Dale Kotchka-Alanes
Nevada Bar No. 13168
E-Mail: mkotchkaalanes@lrrc.com
**Lewis Roca Rothgerber Christie LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel: (702) 949-8258
Fax: (702) 949-8398

*Attorney for Plaintiff Charon L. Brown*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER MECHAM, et al.,<br><br>    Defendants. | CASE NO.: 2:15-CV-01670-APG-NJK<br><br>**STIPULATION TO EXTEND RULE 60 MOTION DEADLINE (SECOND REQUEST)** |

Former Defendant NaphCare, Inc. ("NaphCare"), and Plaintiff Charon Brown stipulate as follows:

1. Whereas the Court granted NaphCare's original motion to dismiss on June 1, 2016 (ECF No. 22 (Order Granting ECF No. 12));

2. Whereas Malani Dale Kotchka-Alanes was appointed as pro bono counsel for Plaintiff Charon Brown on March 28, 2017;

3. Whereas Plaintiff issued a subpoena for NaphCare to testify at a deposition scheduled for May 30, 2017;

4. Whereas Plaintiff and NaphCare agreed to reschedule the deposition to accommodate the parties' and counsels' schedules;

5. Whereas Plaintiff and NaphCare previously stipulated to extend the Rule 60 motion deadline to July 13, 2017, which the Court granted (ECF Nos. 111 and 112);

6. Whereas the 30(b)(6) deposition of NaphCare will not be able to take place until later than

anticipated due to the travel and work schedules of (1) NaphCare's 30(b)(6) witness, (2) NaphCare's counsel, and (3) counsel for Las Vegas Metropolitan Police Department Defendants Mecham, Kegley, and Sands;

7. Therefore, NaphCare and Plaintiff agree to extend the Rule 60 motion deadline to August 11, 2017.

Dated this 14th day of June, 2017.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Malani Dale Kotchka-Alanes*
MALANI DALE KOTCHKA-ALANES
Nevada Bar No. 13168
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169-5996

*Attorney for Plaintiff Charon L. Brown*

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

By: */s/ Michael T. McLoughlin*
MICHAEL T. MCLOUGHLIN
Nevada Bar No. 012820
SHIRLEY BLAZICH
Nevada Bar No. 008378
7401 W. Charleston Blvd.
Las Vegas, NV 891117

*Attorneys for Former Defendant NaphCare, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 15, 2017

2