UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARON L. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY DETENTION CENTER, *et al.*,<br><br>    Defendants. | Case No. 2:15-cv-01670-APG-NJK<br><br>**ORDER DENYING DEFENDANTS' OBJECTION TO MAGISTRATE JUDGE'S ORDER**<br><br>(ECF No. 118) |

Defendants Mecham, Kegley, and Sands object to Magistrate Judge Koppe's denial of their emergency motion for protective order. ECF No. 118. I have reviewed the Objection, Judge Koppe's Order (ECF No. 116), and the underlying papers. Judge Koppe's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a). Nor did Magistrate Judge Koppe abuse her discretion or act irrationally or unreasonably as the defendants allege. ECF No. 118 at 11-12. To the extent the defendants wish to have Magistrate Judge Koppe address the substance of their discovery disputes, they should comply with her order and present those disputes as she directed them to do. Therefore,

**IT IS HEREBY ORDERED** that Magistrate Judge Koppe's Order (ECF No. 116) is affirmed in its entirety and the defendants' Objection **(ECF No. 118) is overruled.**

DATED this 6th day of July, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE