LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
radaniels@kcnvlaw.com

**Attorneys for Defendants**
**Darren Mecham, Kevin Kegley,**
**and Michael Sands**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>Defendants. | Case No. 2:15-cv-01670-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF LVMPD DEFENDANTS** |

Defendants Darren Mecham, Kevin Kegley, and Michael Sands ("LVMPD Defendants"), by and through their attorneys, Kaempfer Crowell, and Charon L. Brown ("Plaintiff"), by and through his attorneys, Lewis Roca Rothgerber Christie LLP, hereby stipulate and agree that all of

/ / /

/ / /

/ / /

Plaintiff's claims against LVMPD Defendants, only, are hereby dismissed in their entirety with prejudice, each party to bear their own attorney's fees and costs.

DATED this 8th day of November, 2017.

**KAEMPFER CROWELL**

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Lyssa Anderson*
Lyssa Anderson, Esq.
Nevada Bar No. 5781
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
**Attorney for Defendants Darren Mecham, Kevin Kegley, and Michael Sands**

By: */s/ Malani Dale Kotchka-Alanes*
Malani Dale Kotchka-Alanes
Nevada Bar No. 13168
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
**Attorney for Plaintiff**

## ORDER

**IT IS SO ORDERED.**

Dated this __8th__ day of November, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE