Malani Dale Kotchka-Alanes
Nevada Bar No. 13168
E-Mail: mkotchkaalanes@lrrc.com
Brian D. Blakley
Nevada Bar No. 13074
E-Mail: bblakley@lrrc.com
**Lewis Roca Rothgerber Christie LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Tel: (702) 949-8258
Fax: (702) 949-8398

*Pro Bono Attorneys for Plaintiff Charon L. Brown*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARON L. BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC.; KENDRA SHULTZ; AND SYLVIE STACY,<br><br>Defendants. | CASE NO.: 2:15-cv-01670-APG-NJK<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND DEADLINE BY ONE WEEK FOR PLAINTIFF'S OPPOSITION TO KENDRA SHULTZ'S AND DR. SYLVIE STACY'S MOTION TO DISMISS**<br><br>**(First Request)** |

104865042_1

Defendants Kendra Shultz and Dr. Sylvie Stacy filed a motion to dismiss Plaintiff's First Amended Complaint on April 24, 2018. (ECF No. 144). Plaintiff Charon L. Brown's opposition would ordinarily be due **May 8, 2018**.

WHEREAS Plaintiff's pro bono counsel has recently returned from maternity leave and has multiple other projects with upcoming deadlines; and

WHEREAS a one-week extension will not unduly delay the resolution of this case;

THEREFORE, the parties stipulate that Plaintiff may have through **May 15, 2018**, to file his opposition to Kendra Shultz's and Dr. Stacy's motion to dismiss.

Dated this 4th day of May, 2018.

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

By: */s/ Malani Dale Kotchka-Alanes*
MALANI DALE KOTCHKA-ALANES
Nevada Bar No. 13168
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169-5996

*Pro Bono Attorney for Plaintiff Charon L. Brown*

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**

By: */s/ Michael T. McLoughlin*
MICHAEL T. MCLOUGHLIN
Nevada Bar No. 012820
SHIRLEY BLAZICH
Nevada Bar No. 008378
7401 W. Charleston Blvd.
Las Vegas, NV 891117

*Attorneys for Defendants NaphCare, Inc., Kendra Shultz, and Sylvie Stacy*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: May 4, 2018