ALVERSON TAYLOR & SANDERS
SHIRLEY BLAZICH, ESQ.
Nevada Bar No. 008378
MICHAEL McLOUGHLIN, ESQ.
Nevada Bar No.12820
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000 / (702) 385-7000 Facsimile
efile@alversontaylor.com
*Attorneys for Defendants*
*NaphCare, Inc., Kendra Schultz,*
*and Dr. Sylvie Stacy*

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHARON L. BROWN<br><br>Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC.; KENDRA SHULTZ; and SYLVIE STACY,<br><br>Defendants. | Case No. 2:15-cv-01670-APG-NJK |

**STIPULATION AND ORDER TO DISMISS ALL REMAINING CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CHARON L. BROWN; and Defendants NAPHCARE, INC., KENDRA SHULTZ, AND DR. SYLVIE STACY, by and through their respective undersigned attorneys of record, that all remaining claims be dismissed with prejudice.

////

////

////

////

Defendants and Plaintiff agree to each bear their own fees and costs regarding the dismissed claims.

IT IS SO STIPULATED this 23rd day of August, 2018.

| LEWIS ROCA ROTHGERBER<br>And CHRISTIE LLP | ALVERSON, TAYLOR &<br>SANDERS |
|---|---|
| By: /s/ *Malani Dale Kocthka-Alanes*<br>Malani Dale Kotchka-Alanes, Esq.<br>Nevada Bar No. 13168<br>3993 Howard Hughes Parkway,<br>Suite 600<br>Las Vegas, Nevada 89169<br>**Attorney for Plaintiff** | By: /s/ *Michael T. McLoughlin*<br>Shirley Blazich, Esq.<br>Nevada Bar No. 008378<br>Michael T. McLoughlin, Esq.<br>Nevada Bar No. 012820<br>6605 Grand Montecito Pkwy., Suite 200<br>Las Vegas, NV 89149<br>**Attorneys for Defendants<br>NaphCare, Inc., Kendra Schultz,<br>and Dr. Sylvie Stacy** |

**IT IS SO ORDERED.**

DATED this 23rd day of August, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2018, I served the foregoing **STIPULATION AND ORDER TO DISMISS ALL REMAINING CLAIMS WITH PREJUDICE** via Electronic Service through the Court's electronic filing system upon the following:

Malani Dale Kotchka-Alanes
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
*Attorney for Plaintiff*

Lyssa S. Anderson, Esq.
KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, NV 89135
(702) 792-7000
*Attorney for Defendants*
Darren Mecham, Kevin Kegley,
Michael Sands, and Bonnie Polley

_____
An Employee of
ALVERSON TAYLOR & SANDERS